1  TODD BLANCHE
   Deputy Attorney General
2  BILAL A. ESSAYLI
   First Assistant United States Attorney
3  ALEXANDER B. SCHWAB
   Assistant United States Attorney
4  Acting Chief, Criminal Division
   THI HOANG HO (Cal. Bar No. 293978)
5  Assistant United States Attorney
   Asset Forfeiture & Recovery Section
6        1100 United States Courthouse
         312 North Spring Street
7        Los Angeles, California 90012
         Telephone: (213) 894-0596
8        Facsimile: (213) 894-0141
         E-mail:    Thi.Ho@usdoj.gov
9

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
11

12
                        UNITED STATES DISTRICT COURT
13
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
   UNITED STATES OF AMERICA,          No. 8:24-CR-00132-FWS
15
              Plaintiff,              FOURTH STIPULATION REGARDING
16                                    REQUEST FOR (1) CONTINUANCE OF
                   v.                 TRIAL DATE AND (2) FINDINGS OF
17                                    EXCLUDABLE TIME PERIODS PURSUANT
   ARTHIT TANJAPATKUL,                TO SPEEDY TRIAL ACT
18
              Defendant.             **CURRENT TRIAL DATE:**   3/10/2026
19                                   **PROPOSED TRIAL DATE:**  11/3/2026
20

21
         Plaintiff United States of America, by and through its counsel
22
   of record, the United States Attorney for the Central District of
23
   California and Assistant United States Attorney Thi Hoang Ho, and
24
   defendant Arthit Tanjapatkul ("defendant"), both individually and by
25
   and through his counsel of record, hereby stipulate as follows:
26
         1.   The indictment in this case was filed on November 6, 2024.
27
   Defendant first appeared before a judicial officer of the court in
28

1    which the charges in this case were pending on October 10, 2024.  The

2    Speedy Trial Act, 18 U.S.C. § 3161, originally required that the

3    trial commence on or before January 27, 2025.

4          2.    On November 18, 2024, the Court set a trial date of

5    December 31, 2024 and a pretrial conference on December 19, 2024.

6          3.    Defendant is released on bond pending trial.  The parties

7    estimate that the trial in this matter will last approximately three

8    days.

9          4.    The Court has previously continued the trial date in this

10   case from December 31, 2024 to March 10, 2026, and found the interim

11   period to be excluded in computing the time within which the trial

12   must commence, pursuant to the Speedy Trial Act.

13         5.    By this stipulation, defendant moves to continue the trial

14   date to November 3, 2026 and the status conference to October 15,

15   2026.  This is the fourth request for a continuance.

16         6.    Defendant requests the continuance based upon the following

17   facts, which the parties believe demonstrate good cause to support

18   the appropriate findings under the Speedy Trial Act:

19         a.    Defendant is charged with a violation of 18 U.S.C.

20   § 922(o)(1) (Possession of Machineguns) and 18 U.S.C.

21   §§ 225A(1)(5)(B), (b)(2) (Possession of Child Pornography).  The

22   government has produced discovery to the defense, including

23   surveillance footage and over 48,000 pages of images, warrants, law

24   enforcement reports, and subpoena returns.  In addition, the

25   government has made the child sexual abuse material and other

26   evidence reasonably available for defense counsel's review.

27         b.    Due to the nature of the prosecution, including the

28   charges in the indictment and the voluminous discovery produced to

1   defendant, this case is so unusual and so complex that it is

2   unreasonable to expect adequate preparation for pretrial proceedings

3   or for the trial itself within the Speedy Trial Act time limits.

4              c.    Defense counsel Sara Azari is presently scheduled to

5   be in trial in U.S. vs. Tyler Robert Buchanan, Case No. 2:24-cr-

6   00595-JWH-5, on May 4, 2026, which is estimated to last five days.

7              d.    Defense counsel Victor Sherman is presently scheduled

8   to be in the following trials:

9                   i.    People v. Thomas, Case No.:SWF2200360, Murrieta

10  Superior Ct., case initiated in 2022, two defendants, obstruction of

11  justice case, set for trial April 1, 2026 and expected to last two

12  weeks, trial has been continued multiple times, however, date is firm

13  and parties expected to go to trial.

14                  ii.   U.S. v. Buchanan, Case No. CR 24-00595-JWH,

15  Central District of California, multiple defendant wire fraud case,

16  money laundering case, initiated May 2024 and currently set for trial

17  on May 4, 2026, and expected to last five days, trial has been

18  continued two times and likely to be continued again.

19                  iii. U.S. v. Lucero, Case No. CR 25-00622-JFW, Central

20  District of California, single-defendant drug conspiracy case,

21  initiated July 14, 2025 and currently set for trial on June 2, 2026

22  and expected to last five days.

23                  iv.   U.S. v. Valencia, Case No. CR 24-00204-SSS,

24  Central District of California, initiated August 20, 2024, it is a

25  multi-defendant drug conspiracy case, set for trial on July 13, 2026

26  and expected to last four days.  Trial has been continued three

27  times, it is likely the trial will be continued again.

28

3

1          v.    U.S. v. Medina, Case No. CR 25-00931-FWS, Central

2    District of California, multi-defendant wire fraud, money laundering

3    conspiracy case, case initiated November 13, 2025, and currently set

4    for trial October 13, 2026, and expected to last five days, it is

5    likely to be continued.

6               vi.   Counsel will be out of state from January 24-31,

7    2026.

8          e.    In light of the foregoing, counsel for defendant also

9    represents that additional time is necessary to confer with

10   defendant, conduct and complete an independent investigation of the

11   case, conduct and complete additional legal research including for

12   potential pretrial motions, review the discovery and potential

13   evidence in the case, and prepare for trial in the event that a

14   pretrial resolution does not occur.  Defense counsel represent that

15   failure to grant the continuance would deny her reasonable time

16   necessary for effective preparation, taking into account the exercise

17   of due diligence.

18         f.    Defendant believes that failure to grant the

19   continuance will deny him continuity of counsel and adequate

20   representation.

21         g.    The government does not object to the continuance.

22         h.    The requested continuance is not based on congestion

23   of the Court's calendar, lack of diligent preparation on the part of

24   the attorney for the government or the defense, or failure on the

25   part of the attorney for the Government to obtain available

26   witnesses.

27      7.    For purposes of computing the date under the Speedy Trial

28   Act by which defendant's trial must commence, the parties agree that

4

1   the time period of March 10, 2026 to November 3, 2026, inclusive,

2   should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

3   (h)(7)(B)(i),(h)(7)(B)(ii) and (h)(7)(B)(iv) because the delay

4   results from a continuance granted by the Court at defendant's

5   request, without government objection, on the basis of the Court's

6   finding that: (i) the ends of justice served by the continuance

7   outweigh the best interest of the public and defendant in a speedy

8   trial; (ii) failure to grant the continuance would be likely to make

9   a continuation of the proceeding impossible, or result in a

10  miscarriage of justice; and (iii) failure to grant the continuance

11  would unreasonably deny defendant continuity of counsel and would

12  deny defense counsel the reasonable time necessary for effective

13  preparation, taking into account the exercise of due diligence.

14  //

15  //

16  //

17

18

19

20

21

22

23

24

25

26

27

28

8.    Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: January 9, 2026                    Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


_____/s/ Thi Hoang Ho_____
THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

6

**CERTIFICATION OF DEFENSE COUNSEL**

I am Arthit Tanjapatkul's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than November 3, 2026 is an informed and voluntary one.


   */s/*                                          January 9, 2026
_____    _____
SARA AZARI                         Date
VICTOR SHERMAN
Attorneys for Defendant
ARTHIT TANJAPATKUL

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## CERTIFICATION OF DEFENDANT

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than November 3, 2026.  I understand that I will be ordered to appear in Courtroom 10D of the United States Courthouse, 411 West 4th Street, Santa Ana, California on October 15, 2026 at 1:30 p.m. for the pretrial conference and November 3, 2026 at 8:00 a.m. for trial.

_____        __1__/__9__/__2026__
ARTHIT TANJAPATKUL                       Date
Defendant

8