# EXHIBIT D

FD-1057 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

**Electronic Communication**

**Title:** (U//FOUO) Search Warrant Authorization for Digital Media **Date:** 02/12/2024

**From:** LOS ANGELES
LA-LBRA-05 (SSA K. SMYTH)
**Contact:** DALES DANIEL ROBERT, [redacted]

**Approved By:** A/SSA HIRSCH JENNIFER ANN

**Drafted By:** DALES DANIEL ROBERT

**Case ID #:** 52B-LA-3628665 (U) Arthit Tanjapatkul;
Stolen US Military Equipment;
Santa Ana, California;

**Synopsis:** (U//FOUO) To document application for search warrant extensions.

**Details:**

Federal search warrants were obtained on October 10, 2023 (Serial 46) and executed on October 13, 2023 (Serial 57). Section II- Search Procedure For Digital Devices states: "Law enforcement personnel or other individuals assisting law enforcement personnel (the "search team") will, in their discretion, either search the digital device(s) on-site or seize and transport the device(s) and/or forensic image(s) thereof to an appropriate law enforcement laboratory or similar facility to be searched at that location. The search team shall complete the search as soon as is practicable but not to exceed 120 days from the date of execution of the warrant. The government will not search the digital device(s) and/or forensic image(s) thereof beyond this 120-day period without obtaining an extension of time order from the Court."

Digital devices were seized during the October 13, 2023 search of the premesis (2:23-MJ-05174) and person of Arthit Tanjapatkul (2:23-MJ-05178). The United States Attorney's Office was contacted to apply for

**UNCLASSIFIED//FOUO**

search warrant extensions however extensions were not obtained prior to the 120 day expiration on February 10, 2024. FBI Los Angeles stopped digital media review on February 7, 2024 and will not resume until search warrant extensions are issued.

♦♦



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
USAO_00048812