DECLARATION OF THI HOANG HO

I, Thi Hoang Ho, declare as follows:

1.   I am an Assistant United States Attorney assigned to this matter.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.  I submit this declaration in support of the government's motions in limine filed on this date.

2.   Attached hereto as Exhibit A is a true and correct copy of a report drafted by defendant's proffered polygraph expert, George L. Olivo.

3.   On March 10, 2026, the government requested a list of questions asked of defendant during the polygraph examination, a copy of all raw data and charts recorded during the examination, and any personal history obtained from defendant during the examination. Defendant has not produced the requested information.

4.   On April 7 and 10, 2026, the government met and conferred with defense counsel by email regarding the government's anticipated motions in limine regarding: anticipated testimony from defendant's proffered experts, Mr. Olivo and Scott Lawson; the admission of the images and videos charged in the indictment; the admission of defendant's Chrome history from his HP Envy laptop; and the admission of defendant's messages with the user phanut@yahoo.com regarding "kiddy porn".  The parties were unable to come to a resolution of the issues that are the subjects of the motions, and specifically, defense counsel objected to the government's proffered admission of evidence.

5.   On April 15, 2026, the government attempted to meet and confer with defense counsel by email regarding the government's

motion in limine to admit defendant's 2019-2023 downloads/access of suspected CSAM.  As of the time of this filing, the government has not heard back from defense counsel.

6.    With regard to the government's motion in limine to exclude certain testimony from proffered defense expert, Scott Lawson, defendant's counsel stated, on April 7, 2026, "defendant does not intend to elicit any opinion from any defense experts that violate Federal Rules of Evidence 704(b), 702 or Federal Rules of evidence 402."

7.    Attached hereto as Exhibit B is a true and correct copy of the curriculum vitae of defendant's proffered digital forensics expert, Scott Lawson, which was previously filed by defendant at Dkt. 46-1.

8.    Attached hereto as Exhibit C is a true and correct copy of a report drafted by Scott Lawson.

9.    Attached hereto as Exhibit D is a true and correct copy of the forensic examination report of defendant's computer showing a Google Chrome Bookmark for "How to Avoid Going to Jail under 18 U.S.C. Section 1001 for Lying to Government Agents - FindLaw".

10.   Attached hereto as Exhibit E is a true and correct copy of the forensic examination report of defendant's computer showing defendant's Google Chrome downloads/access history from 2019-2023.

11.   Attached hereto as Exhibit F is a true and correct copy of messages from defendant's computer between defendant and the user phanut@yahoo.com, dated March 6, 2018, regarding "kiddy porn".

12.   Attached hereto as Exhibit G is a true and correct copy of messages from defendant's computer between defendant and the user with phone number +66818408222, dated November 14, 2017.

2

13.   Attached hereto as Exhibit H is a true and correct copy of photographs of the child sex doll FBI found in defendant's storage unit during the July 2024 search warrant execution, previously produced as USAO_00010495-10596.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 15, 2026.

_____
THI HOANG HO

3