SARA AZARI, ESQ.  (SBN 237987)
LAW OFFICE OF SARA AZARI
849 S. Broadway, Suite 1107
Los Angeles, CA 90014
Telephone (213) 622-5000
Facsimile  (213) 254-0555
Email: sara@azarilaw.com

VICTOR SHERMAN, ESQ.  (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN, APLC
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile  (310) 392-9029
Email: victor@victorsherman.law

Attorneys for Defendant
ARTHIT TANJAPATKUL

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHIT TANJAPATKUL,<br><br>Defendant. | Case No. 24-CR-00132-FWS<br><br>**DEFENDANT'S WITHDRAWAL OF HIS MOTION FOR RELIEF PURSUANT TO FEDERAL RULES OF PROCEDURE 12(b)(3)(E) AND 16(d)(1)** |

PLEASE TAKE NOTICE that Defendant Arthit Tanjapatkul hereby withdraws his Notice of Motion and Motion for Relief Pursuant to Federal Rules of Procedure 12(b)(3)(E) and 16(d)(1), filed on May 15, 2026, as Document Number 153.

Dated: May 15, 2026

Respectfully submitted,

*/s/ Victor Sherman*
VICTOR SHERMAN
Attorney for Defendant
Arthit Tanjapatkul

1