UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 24-00132-FWS | | Date | May 20, 2026 |
|---|---|---|---|---|

| Present: The Honorable | FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Rolls Royce Paschal | C/S - 5/20/2026 | Thi Hoang Ho |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Arthit Tanjapatkul | X | | X | Saran Azari (Via Audio) | X | | X |
| | | | | Victor Sherman | X | | X |

**PROCEEDINGS:**   **PRETRIAL CONFERENCE**
**DEFENDANT'S MOTION IN LIMINE [86], [105]**
**PLAINTIFF'S MOTION IN LIMINE [88], [89], [90]**
**DEFENDANT'S MOTION FOR RELIEF PURSUANT TO FEDERAL RULES OF PROCEDURE 12(B)(3)(E) AND 16(D)(1) [153]**

Case called and counsel state their appearances.   Pretrial Conference hearing held.

The Court and counsel discuss various trial related matters as stated on the record.

For the reasons stated on the record, the lay witnesses are excluded.

As stated on the record, the request must be filed by 5:00 p.m. today, May 20, 2026.

Motions hearing held.   The Court hears oral arguments from the parties.   The Court takes the Motions under submission.   Order to issue.

The Court denies Defendant's Ex Parte Application for Order Authorizing the Use of Firearm [149].

The first trial date is ADVANCED to **June 1, 2026, at 8:00 a.m.**   The second trial date is set for **June 9, 2026, at 8:00 a.m.**

The Court appoints the Federal Public Defender to represent the defendant's spouse.

| | | |
|---|---|---|
| MTNS | : | 50 |
| PTC | : | 15 |

Initials of Deputy Clerk   rrp

**CC: DFPD**